IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATTRESS SKINNY, INC. DBA HASSLELESS MATTRESS,<br><br>Defendant. | Case No. 1:24-cv-00533 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, CHRIS JACKSON, and Defendant, MATTRESS SKINNY, INC. DBA HASSLELESS MATTRESS, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action, and;

3. No party hereto is an infant or incompetent.

Dated: November 22, 2024

| | |
|---|---|
| NYE, STIRLING, HALE, MILLER & SWEET, LLP | MWH LAW GROUP LLP |
| By: _/s/ Benjamin J. Sweet_<br>Benjamin J. Sweet (PA Bar No. 87338)<br>101 Pennsylvania Blvd., Suite 2<br>Pittsburgh, Pennsylvania 15228<br>Tel: (412) 857-5350<br>ben@nshmlaw.com | By: _/s/ Emery K. Harlan_<br>Emery K. Harlan (IL ARDC No. 6203905)<br>180 N. LaSalle St., Suite 3700<br>Chicago Illinois 60601<br>Tel: (312) 734-1457<br>emery.harlan@mwhlawgroup.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 22nd day of November, 2024.

                                                               */s/ Benjamin J. Sweet*
                                                                Benjamin J. Sweet