# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Chris Jackson

                          Plaintiff,

v.                                               Case No.: 1:24−cv−00533

                                                              Honorable Mary M. Rowland

Mattress Skinny, Inc. dba Hassleless Mattress

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' stipulation of dismissal [37]. This action is dismissed with prejudice as between all parties, and each party shall bear their own costs and fees. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.